JOHN A. BOSANQUET, SR., administrator, petitioner. May 1, 1970. This petition in the county court for leave to appeal late under G. L. c. 214, § 28, as amended through St. 1960, c. 207, § 2, was heard upon statements of counsel, and was denied in a final decree from which the petitioner appealed. No error appears. There is no report of the proceedings before the single justice, and no findings by him. In the circumstances the final decree is conclusive. *Home Ins. Co., petitioners, ante,* 769.

> *Decree affirmed.*

*MacLaren H. MacGregor* for the petitioner.

*Robert L. Athas* for the respondent.